# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOPKINS,<br><br>             Plaintiff,<br><br>     v.<br><br>MOHAMMAD ALI, et al.,<br><br>             Defendants. | CASE NO. CV-F-02-5390 AWI SMS P<br><br>ORDER STRIKING REQUEST FOR<br>PRODUCTION OF DOCUMENTS<br><br>(Doc. 76) |

    Plaintiff Charles Hopkins ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 1, 2005, plaintiff filed a request for the production of documents with the court.

    First, discovery requests should not be filed with the court unless and until a dispute arises making it necessary for the court to review the discovery request. (Doc. 10, First Informational Order, ¶ 7.) No such matter is pending before the court.

    Second, the deadline for the completion of all discovery was January 5, 2004. (Doc. 46.) Thus, the discovery phase of this action concluded more than one year ago, and defendants are under no obligation to respond to plaintiff's discovery requests.

///
///
///
///
///

1

Pursuant to the First Informational Order, plaintiff's request for the production of documents, filed April 1, 2005, is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

**Dated:     April 25, 2005**                                        /s/ Sandra M. Snyder
icido3                                                                    UNITED STATES MAGISTRATE JUDGE