IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES HOPKINS,**<br><br>              **Plaintiff**,<br><br>     v.<br><br>**MOHAMMAD ALI, et al.,**<br><br>              **Defendant.** | CV F 02-5390  AWI SMS P<br><br>**ORDER DENYING DEFENDANTS'**<br>**MOTIONS BECAUSE THEY HAVE**<br>**BEEN WITHDRAWN**<br><br>(Documents #86, #87, & #88) |

This action proceeds on Plaintiff Charles Hopkins ("Plaintiff")'s amended complaint filed May 2, 2002.  Plaintiff, an inmate in the custody of the California Department of Corrections, brings this civil rights action against Defendants Ali, Martinez, and Loaiza ("Defendants")  for violations of Plaintiff's civil rights.  Plaintiff contends that Defendants Martinez and Ali were deliberately indifferent to Plaintiff's medical needs in violation of the Eighth Amendment and Defendants Martinez, Ali, and Loaiza were negligent to Plaintiff in violation of California law.

On May 16, 2005, Defendants filed a motion for leave to file a motion to dismiss.  The same day, Defendants filed an unenumerated Rule 12(b) motion to dismiss.  Defendants contend that Plaintiff failed to exhaust available administrative remedies prior to filing this action.

On May 31, 2005, Plaintiff filed an opposition. Plaintiff contends that he did exhaust his administrative remedies and further exhaustion was not necessary because Plaintiff's appeals were granted at the Second Level.

On June 10, 2005, the court held a telephonic hearing. At the hearing, Plaintiff stated that his claim for deliberate indifference is based on the failure to give him medical treatment for his injured hand and the failure to give him adequate pain medication. Plaintiff clarified that his claim for deliberate indifference based on the lack of adequate pain medication is premised on the failure to give him adequate pain medication from April 25, 2001 to May 10, 2001. While Plaintiff's deliberate indifference claim is based on the failure to give pain medication during this time frame, Plaintiff alleges lingering pain as damages stemming from Defendants' conduct. Based on Plaintiffs' statements regarding his claim, Defendants withdrew their motion.

Accordingly, it is HEREBY ORDERED that Defendants' motion for leave to file a motion to dismiss and Defendants' motion to dismiss based on Plaintiff's failure to exhaust administrative remedies are DENIED because these motions have been WITHDRAWN.

IT IS SO ORDERED.

**Dated:   June 13, 2005**
0m8i78                                              **/s/ Anthony W. Ishii**
                                                    UNITED STATES DISTRICT JUDGE