UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHARLES HOPKINS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MOHAMMAD ALI, et al.<br><br>　　　　　Defendants. | **Case No.** CV F-02-5390 AWI SMS P<br><br>**ORDER FOR FILING UNDER SEAL OF SUPPLEMENT TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE NOT RELEVANT TO PLAINTIFF'S INJURY AND/OR THE TREATMENT OF THAT INJURY** |

　　　IT IS ORDERED that defendants Mohammad Ali, Augusto Loaiza, M.D., and Luis Martinez shall file under seal their Supplement to Defendants' Motion in Limine to Exclude Evidence Not Relevant to Plaintiff's Injury and/or the Treatment of That Injury.

20016970 IT IS SO ORDERED.

**Dated:  June 17, 2005**　　　　　　　　　　　　　**/s/ Anthony W. Ishii**
0m8i78　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER FOR FILING UNDER SEAL
*Hopkins v. Mohammad Ali, et al.*, Case No. CV F-02-5390 AWI SMS P

1