IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES HOPKINS,                     1:02-CV-5390 AWI SMS P

    Plaintiff,

  vs.

MOHAMMAD ALI, _____                 <u>ORDER REGARDING PLAINTIFF</u>

    Defendant.
_____/

    Trial in the above captioned matter concluded on June 30, 2005.  Therefore, IT IS HEREBY ORDERED THAT the Writ of Habeas Corpus ad Testificandum previously issued in this action is WITHDRAWN.   The court REQUESTS that Plaintiff, Charles Hopkins (CDC # P-91900), be returned to his regular facility.

IT IS SO ORDERED.

**Dated:   July 11, 2005**                  /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE