IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES HOPKINS,** | ) CV F 02-5390 AWI SMS P |
| | ) |
|         **Plaintiff**, | ) **ORDER GRANTING PLAINTIFF'S** |
| | ) **MOTION FOR AN EXTENSION OF** |
|         v. | ) **TIME IN WHICH TO FILE A** |
| | ) **NOTICE OF APPEAL** |
| **MOHAMMAD ALI, et al.,** | ) |
| | ) (Doc. #118) |
|         **Defendant.** | ) |
| _____ | ) |

      In this action, Plaintiff Charles Hopkins ("Plaintiff"), brought a civil rights action against Defendants Ali, Martinez, and Loaiza ("Defendants") for violations of Plaintiff's civil rights. After a jury trial, on June 29, 2005, the jury returned a verdict in favor of Defendants.

      On July 6, 2005, Plaintiff filed a request for additional time in which to file a notice of appeal.

      On July 21, 2005, the Clerk of the Court entered judgment in favor of Defendants.

      Plaintiff has asked for additional time in which to file an appeal.  Plaintiff contends that he has had difficulty accessing legal materials.  Plaintiff also contends that it would be difficult to pursue any appeal until he returns to his regular prison.   Plaintiff asks that he be given the maximum amount of time in which to file a notice of appeal.   Defendants have filed no opposition to Plaintiff's request.   A notice of appeal must be filed with the Clerk of the Court for the District Court within 30 days after the judgment or order appealed from is entered.

Fed.R.App.Pro. 4(a)(1)(A).  However, the court can grant a party additional time in which to file a notice of appeal.  Rule 4(a)(5) provides:

> (A) The district court may extend the time to file a notice of appeal if:
>   (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and
>   (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.
> (B) A motion filed before the expiration of the time prescribed in Rule 4(a)(1) or (3) may be ex parte unless the court requires otherwise. If the motion is filed after the expiration of the prescribed time, notice must be given to the other parties in accordance with local rules.
> (C) No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 10 days after the date when the order granting the motion is entered, whichever is later.

Plaintiff filed his request before judgment in this case was entered.  As such, the court can grant Plaintiff thirty additional days in which to appeal.  Accordingly, good cause having been presented to the court the court ORDERS that:

1. Plaintiff's motion for an extension of time is GRANTED;
2. Plaintiff may file any notice of appeal within sixty days of the Clerk of the Court's July 21, 2005 entry of judgment.

IT IS SO ORDERED.

Dated:     **August 1, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE