# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

FILED

'05 NOV -1 P 3:01

CLERK, US DIST COURT
EASTERN DIST OF CALIF

CHARLES HOPKINS,

    Plaintiff - Appellant,

v.

ALI MOHAMMAD; et al.,

    Defendants - Appellees.

No.  05-16794
D.C. No.  CV-02-05390-AWI/SMS

**ORDER**

This appeal has been taken in good faith [X]

This appeal is not taken in good faith     [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date:  11-1-05