IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES HOPKINS,** | ) CV F 02-5390  AWI SMS P<br>)<br>) **ORDER GRANTING MOTION FOR**<br>) **TRANSCRIPTS AT GOVERNMENT**<br>) **EXPENSE**<br>)<br>) (Doc. #131)<br>)<br>)<br>)<br>) |
| Plaintiff, | |
| v. | |
| **MOHAMMAD ALI, et al.,** | |
| Defendant. | |

     In this action, Plaintiff Charles Hopkins ("Plaintiff"), brought a civil rights action against Defendants Ali, Martinez, and Loaiza for violations of Plaintiff's civil rights.   After a jury trial, on June 29, 2005, the jury returned a verdict in favor of Defendants.   Pursuant to Plaintiff's request, the court granted Plaintiff additional time in which to appeal.   On September 6, 2005, Plaintiff filed a notice of appeal.

     On November 7, 2005, Plaintiff filed a motion for the preparation of a trial transcripts at government expense.   Plaintiff asks for transcripts of the entire trial.   Plaintiff states that he is indigent and cannot afford to pay for transcripts.   Attached to Plaintiff's motion is an order from the Ninth Circuit Court of Appeals.   The Ninth Circuit directs Plaintiff to order transcripts by November 10, 2005, and orders the court reporter to file the transcripts by December 12, 2005.

1  A litigant who has been granted in forma pauperis status may file a motion to have
2  transcripts produced at government expense. <u>See</u> 28 U.S.C. § 753(f); <u>McKinney v. Anderson</u>,
3  924 F.2d 1500, 1511-12 (9th Cir.1991) (subsequent history omitted).  In light of the Ninth
4  Circuit's order determining that the transcripts are necessary for an appeal, the court will order
5  the transcripts prepared.  <u>See</u> 28 U.S.C. § 1915(c) 28 U.S.C. § 753(f)

6  Accordingly, it is HEREBY ORDERED that Plaintiff's motion for the preparation of
7  transcripts at government expense is GRANTED.

9  IT IS SO ORDERED.

10 **Dated:   November 23, 2005**              ___/s/ Anthony W. Ishii___
   0m8i78                                    UNITED STATES DISTRICT JUDGE

2